IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BENAIAH ELLINGTON<br><br>　　　　　　Defendants. | ) NO. CR18-05084 BHS<br>)<br>)<br>) ORDER PERMITTING TRAVEL<br>)<br>) [CLERK'S ACTION REQUIRED]<br>)<br>) |

THE Government being unopposed, and the Court being aware U.S. Probation has no objection, it is hereby ORDERED:

The defendant, Benaiah Ellington, is permitted to travel outside the district to Bali, Indonesia, starting January 7, 2024, and returning January 17, 2024.

DATED this 3 day of January, 2024.

_____
The Honorable Benjamin H. Settle
UNITED STATES DISTRICT COURT JUDGE

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
206 397 3102